21388. MARTIN v. BALKCOM, Warden.

QUILLIAN, Justice. The assignment of error in the bill of exceptions is that the trial judge erred in refusing to sanction a petition for the writ of habeas corpus. The petition was not incorporated in the bill of exceptions or otherwise verified by the judge. Accordingly, as ruled in the case of *Blanchard v. Balkcom*, 217 Ga. 334, the writ of error must be

*Dismissed. All the Justices concur.*

SUBMITTED SEPTEMBER 12, 1961—DECIDED OCTOBER 9, 1961.

Jesse D. Martin, Jr., *pro se*.

B. Daniel Dubberly, Jr., Eugene Cook, Attorney-General, Earl L. Hickman, Assistant Attorney-General, contra.